In the Matter of the Application of The City of New York, Respondent, Appellant, Relative to Acquiring Title, etc., for the Opening and Extending of the Unnamed Street, Extending from Amsterdam Avenue at West One Hundred and Sixty-fifth Street to Audubon Avenue, and Also of the Public Park, Bounded by the Said Unnamed Street, West One Hundred and Sixty-fifth Street and Audubon Avenue. In the Matter of Florence Healy, Appellant.— Order affirmed, without costs. No opinion.

William B. Ellison, Respondent, v. Walter S. Edelmeyer, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion.

In the Matter of Leopold A. Meyer.— Motion denied.

In the Matter of Leopold A. Meyer.— Motion granted, unless appellant complies with terms stated in order.

Mary H. Egan v. William H. Egan.— Motion granted, with ten dollars costs.

J. Ogden Armour v. Sound Shore Front Improvement Company.— Motion granted, unless appellant complies with terms stated in order.

John B. Burggraf v. The City of New York.— Motion granted, with ten dollars costs.

C. Wickliffe Throckmorton v. William S. Howell.— Motion granted, with ten dollars costs.

Thomas Sealy v. Clarence Foote.— Motion granted unless appellant complies with terms stated in order.

Jacob Schneider v. Emil Goldfinger.— Motion granted, unless appellant complies with terms stated in order.

Sarah H. Benigsohn v. William H. Newcomb.— Motion granted, with ten dollars costs.

Charles Davison v. Metropolitan Bridge and Construction Company.— Motion granted, with ten dollars costs.

John H. Watson v. William Beaver.— Motion granted, unless appellant complies with terms stated in order.

Robert J. Randall v. William J. Harrison.— Motion granted, with ten dollars costs.

Margaret Decker v. Stephen J. Stilwell.— Motion granted, with ten dollars costs.

The People of the State of New York v. Philip Friedman.— Motion granted.

The People of the State of New York v. Harry Anderson.— Motion granted.

The People of the State of New York ex rel. Philip Meyers v. Frank Fox.— Motion granted.

Elnora Hirsch v. David Mayer.— Motion granted, with ten dollars costs.

Julius B. De Mesquita v. The Herbert Kaufmann & Handy Company.— Motion denied, with ten dollars costs.

Edwin M. Post and Another, Respondents, v. Edward R. Thomas.— Motion denied, with ten dollars costs.

In the Matter of Mary A. Requa.— Motion denied, with ten dollars costs. Order to be settled on notice.